IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUIE MORRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0861 |
| | § | |
| AMBASSADOR HEALTH CARE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING PRETRIAL CONFERENCE

In January 2007, counsel for plaintiffs withdrew. Since that date, the docket sheet shows that little has occurred requiring the participation of the plaintiff. It is unclear that the plaintiff intends to pursue this case. To make sure that this case is proceeding, a pretrial conference is set for **April 27, 2007, at 9:00 a.m.**, in Courtroom 11-B. The plaintiff, Ruie Morris, must attend in person or through a lawyer who has filed an appearance to represent Ms. Morris in this case.

SIGNED on April 9, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge