# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RUIE MORRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-0861 |
| § | |
| AMBASSADOR HEALTH CARE, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The plaintiff, Ruie Morris, has taken no action to prosecute this case since requesting a continuance on April 27, 2007 to obtain new counsel. This court subsequently held two status conferences in which Morris was ordered to appear. Morris did not appear at either the May 25, 2007 status conference or the June 13, 2007 status conference. Morris was notified of both hearings.

This case is dismissed, without prejudice, for lack of prosecution and failure to comply with this court's orders.

SIGNED on June 15, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge